

FILED
07 SEP -7 AM 11: 52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ⓟ
                        DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>Undetermined quantities of boxes of Signature Edition Gold infusion pumps, articles of device, each box containing one infusion pump, Model numbers 7130, 7131, 7230, and 7231, labeled in part:<br><br>(box)<br><br>"*** ALARIS ™ MEDICAL SYSTEMS *** ALARIS Medical Systems, Inc. San Diego, CA USA *** SN ***"<br><br>(pump)<br><br>"*** ALARIS *** Signature Edition® GOLD Infusion System *** ALARIS *** MEDICAL SYSTEMS *** SAN DIEGO, CA ***,"<br><br>        Defendants. | Case No.  06 CV 1706 BEN (NLS)<br><br>**ORDER GRANTING SUBSTITUTION OF ATTORNEYS FOR CARDINAL HEALTH 303, INC.** |

CARDINAL HEALTH 303, INC.,

        Counterclaimant,

v.

UNITED STATES OF AMERICA,

        Counterdefendant.

The Court hereby GRANTS the request of Defendant/Counterclaimant Cardinal Health 303, Inc., formerly known as ALARIS Medical Systems, Inc., to substitute Edward C. Wilson, Jr., Esq. and Peter S. Spivack of Hogan & Hartson LLP, 555 13th Street, N.W., Washington, DC 20004; Tel: (202) 637-5600, Fax: (202) 637-5910, as attorneys of record in place and stead of Ellen J. Flannery and Peter Barton Hutt of Covington & Burling LLP, 1201 Pennsylvania Avenue, NW, Washington, DC 20004-2401, Tel: (202) 662-6000; Fax: (202) 662-6291.

Dated: 9/06/07, 2007

                                            UNITED STATES DISTRICT JUDGE