ALLAN GORDUS
Trial Attorney
Missouri State Bar No. 48210
U.S. Department of Justice
Office of Consumer Litigation
Liberty Square Building
450 5th Street, NW, Sixth Floor South
Telephone: (202) 307-1862

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 06CV1706-BEN(NLS) |
| Plaintiff, | |
| v. | JOINT MOTION TO ENTER AMENDED CONSENT DECREE FOR CONDEMNATION AND PERMANENT INJUNCTION |
| Undetermined quantities of boxes of Signature Edition Gold infusion pumps, et al., | |
| Defendants. | |

COME NOW THE PARTIES, Plaintiff United States of America, by and through its counsel, Allan Gordus, Trial Attorney, United States Department of Justice, and Defendants Cardinal Health 303, Inc. ("Cardinal 303"), Dwight Winstead (Cardinal 303's President and Chief Operating Officer), David L. Schlotterbeck (Cardinal 303's Chairman and Chief Executive Officer), and Donald M. Abbey (Cardinal 303's Senior Vice President of Quality and Regulatory Affairs), by and through their counsel, Peter S. Spivack, and hereby jointly move the Court to enter the Amended Consent Decree for Condemnation and Permanent Injunction attached to this motion as Exhibit 1.

In support of this motion, the parties state as follows:

1. On August 23, 2006, the United States, on behalf of the United States Food and Drug Administration ("FDA"), filed a verified complaint for forfeiture against certain articles that were in the possession of Cardinal 303. The complaint alleged that the articles were adulterated under Sections

1  501(c) and 501(h) of the Federal Food, Drug, and Cosmetic Act (the "Act"), 21 U.S.C. §§ 351(c) and 351(h).

2. Cardinal 303, Dwight Winstead, David L. Schlotterbeck, and William H. Murphy, then Cardinal 303's Senior Vice President of Quality and Regulatory Affairs, without admitting the allegations in the complaint, agreed to the entry of a Consent Decree for Condemnation and Permanent Injunction entered by this Court on February 7, 2007 ("2007 Decree").

3. From January 8 to February 1, 2008, while the 2007 Decree was in effect, the FDA inspected Cardinal 303's infusion pump operations, and specifically Cardinal 303's Alaris System, formerly known as Medley, infusion pumps, and alleged, based upon that inspection, that the Alaris System infusion pumps are: (a) adulterated within the meaning of the Act, 21 U.S.C. § 351(h); and (b) misbranded within the meaning of the Act, 21 U.S.C. § 352(t)(2).

4. Defendant William H. Murphy is no longer Cardinal 303's Senior Vice President of Quality and Regulatory Affairs. This position was filled by and is currently held by Donald M. Abbey.

Based upon the foregoing, it is respectfully requested that the Court enter the Amended Consent Decree For Condemnation and Permanent Injunction.

DATED: February 18, 2009         s/Peter S. Spivack
                                 Counsel for Defendants
                                 E-Mail: psspivack@hhlaw.com

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Defendants and that I have obtained authorization from Peter S. Spivack to affix his electronic signature to this document.

DATED: February 18, 2009         s/Allan Gordus
                                 Trial Attorney
                                 E-Mail: allan.gordus@usdoj.gov

                                 Counsel for Plaintiff