FILED

2009 FEB 23 PM 2:26

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNDETERMINED QUANTITY OF BOXES OF SIGNATURE EDITION GOLD INFUSION PUMPS et al.,<br><br>　　　　Defendants. | Civil No. 06cv1706 BEN (NLS)<br><br>ORDER ENTERING AMENDED CONSENT DECREE FOR CONDEMNATION AND PERMANENT INJUNCTION |

　　Because good cause exists, the Court grants the parties' Joint Motion to Enter the Amended Consent Decree for Condemnation and Permanent Injunction attached as Exhibit 1 to Docket No. 28. The Amended Consent Decree for Condemnation and Permanent Injunction is entered.

　　The Court retains jurisdiction over this action for the purposes of: (1) enforcing or modifying this Amended Consent Decree; and (2) granting such other relief as may be necessary or proper.

　　IT IS SO ORDERED.

Dated: February 23, 2009

Hon. Roger T. Benitez
United States District Judge

06cv1706