PETER S. SPIVACK
Hogan Lovells US, LLP
555 13th Street, N.W.
Washington, DC 20004
Telephone: (202) 637-5631
Cal. Bar No. 136909

Attorney for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>Undetermined quantities of boxes of Signature Edition Gold infusion pumps, et al.,<br><br>　　　　　Defendants. | Civil No. 06 CV 1706 BEN (NLS)<br><br>**UNOPPOSED MOTION TO AMEND DECREE FOR CONDEMNATION AND PERMANENT INJUNCTION** |

　　　　COME NOW DEFENDANTS CareFusion 303, Inc. and Keith McLain, by and through their counsel, Peter S. Spivack, who hereby move the Court to amend the Amended Consent Decree of Condemnation and Permanent Injunction ("Amended Decree") previously entered by this Court on December 22, 2016, by deleting the named individual Keith McLain throughout the Amended Decree and substituting therefore Jeffry Fecho, Vice President, Quality Management, MMS, at Becton, Dickinson and Company. Defendants CareFusion 303, Inc. and Michael Garrison will remain a party to the Amended Decree. Plaintiff United States of America, by and through its counsel, Allan Gordus, Trial Attorney, United States Department of Justice, does not oppose this motion.

　　　　In support of this motion, defendants state as follows:

\\DC - 035947/000004 - 15934623 v2

1. On February 23, 2009, this Court entered an Amended Decree involving corporate defendant, Cardinal Health 303, Inc., and three individual defendants, David L. Schlotterbeck, Dwight Winstead, and Donald M. Abbey.

2. As a result of a legal entity name change, on October 14, 2009, pursuant to a joint motion by the parties, the Court amended the Amended Decree to substitute CareFusion 303, Inc. throughout for Cardinal Health 303, Inc.

3. On June 11, 2012, this Court entered an Amended Decree substituting two new individual defendants, Thomas Leonard and Jean-Claude Kyrillos, for two officers of CareFusion 303, Inc., David L. Schlotterbeck and Dwight Winstead, who had retired from the company.

4. On July 26, 2016, this Court entered an Amended Decree substituting Michael Garrison for defendant Jean-Claude Kyrillos because defendant Kyrillos had resigned from CareFusion 303, Inc.   Defendant Garrison is currently employed by Becton, Dickinson and Company as World-Wide President, BD Medical – Medication Management Solutions.

5. On December 22, 2016, this Court entered an Amended Decree substituting defendant Keith McLain for two individual defendants, Donald M. Abbey and Thomas Leonard, because those individuals had resigned from CareFusion 303, Inc.

6. The present motion is necessary because Keith McLain has resigned from CareFusion 303, Inc. CareFusion 303, Inc. represents that (1) neither CareFusion 303, Inc., nor any of its affiliates or subsidiaries, has any present intention of employing, or being affiliated with in any other capacity (e.g., as a consultant), Keith McLain, and (2) if Keith McLain were to become employed by or affiliated with CareFusion 303, Inc., or any of its affiliates or subsidiaries, in a management capacity or as a consultant, then CareFusion 303, Inc. would require that he consent to become subject to the Amended Decree if at that time it is otherwise still in effect.

7. October 25, 2020, Jeffry Fecho was hired as Vice President, Quality Management,

MMS, at Becton, Dickinson and Company. Jeffry Fecho is an officer of CareFusion 303, Inc., and he has agreed to assume all obligations and responsibilities of Keith McLain under the Amended Decree.

8. Counsel for Plaintiff, Allan Gordus, has stated that he does not oppose this Motion.

Based on the foregoing, Defendants respectfully request that the Court enter an order amending the Amended Consent Decree for Condemnation and Permanent Injunction.

DATED: February 8, 2021

/s/ Peter Spivack
PETER SPIVACK
Counsel for Defendants
E-Mail: peter.spivack@hoganlovells.com

1  I hereby consent to the entry of the proposed Amended Consent Decree as described in
2  the foregoing Motion.

3  DATED: **Feb. 05**, 2021

*[signature]*

Jeffry Fecho
Vice President,
Quality Management, MMS
Becton Dickinson
Individually and on behalf of CareFusion
303, Inc.