FILED

FEB 2 2 2021

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Civil No. 06 CV 1706 BEN (NLS) |
| v. | |
| Undetermined quantities of boxes of Signature Edition Gold infusion pumps, et al., | **ORDER AMENDING AMENDED DECREE OF CONDEMNATION AND PERMANENT INJUNCTION** |
| Defendants. | |

Due to the resignation of one of the individual defendants named in the Amended Consent Decree of Condemnation and Permanent Injunction ("Amended Decree") entered by this Court on February 23, 2009 and later amended on October 14, 2009, June 11, 2012, July 26, 2016, and December 22, 2016, the Court hereby GRANTS the Unopposed Motion to Amend the Amended Decree.   It is hereby ORDERED, ADJUDGED, AND DECREED that upon entry of this order: (1) Jeffry Fecho, Vice President, Quality Management, MMS, at Becton, Dickinson and Company, is substituted for Keith McLain throughout the Amended Decree; (2) Jeffry Fecho assumes all obligations and responsibilities of Keith McLain under the Amended Decree; and (3) Keith McLain will become subject to the Amended Decree if he becomes employed by or affiliated with CareFusion 303, Inc., or any of its affiliates or subsidiaries, if at the time of such employment or affiliation the Amended Decree still is in effect.

1    Defendants Michael Garrison and CareFusion 303, Inc. will remain parties to the

2    Amended Decree.

3    The Court retains jurisdiction over this action for the purposes of enforcing or modifying

4    the Amended Decree, and granting such other relief as may be necessary or proper.

5    IT IS SO ORDERED.

6    Dated: _____, 2021

7

Hon. Roger T. Benitez
United States District Judge